IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| OPPORTUNITY BANK OF MONTANA d/b/a THE STATE BANK OF TOWNSEND, a division of Opportunity Bank of Montana,<br><br>Plaintiff,<br><br>v.<br><br>STORMY CLARK, JOHANNA CLARK, and, UNITED STATES OF AMERICA (acting through the Farm Service Agency, Department of Agriculture),<br><br>Defendants. | CV 20–32–M–DWM<br><br>ORDER |

Plaintiff Opportunity Bank of Montana having filed a motion for voluntary dismissal pursuant to Rule 41(a)(1)(A)(i),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this ___ day of April, 2020.

Donald W. Molloy, District Judge
United States District Court